# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00310 |
| v. | (Judge Brann) |
| HAKIM HANDY, | |
| Defendants. | |

# ORDER

**AND NOW**, this 7th day of June 2018, in accordance with the Memorandum Opinion of this same date, **IT IS HEREBY ORDERED** that:

1. Defendant Hakim Handy's Motion to Sever Count Five of the Indictment (ECF No. 33) is **GRANTED** in part and **DENIED** in part.

2. Said Motion is denied to the extent that it seeks severance from improper joinder under Federal Rule of Criminal Procedure 8 or discretionary severance under Federal Rule of Criminal Procedure 14. The Motion is granted to the extent that Count V, or possession of ammunition by a prohibited person, will be bifurcated at the time of trial.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge