# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:17-CR-00310 |
| v. | (Judge Brann) |
| HAKIM HANDY, | |
| Defendant. | |

## ORDER

**MAY 6, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Handy's 28 U.S.C. § 2255 motion (Doc. 83) is **DENIED**; and

2. The Court declines to issue a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge